# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
SEP 0 4 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| UNITED STATES OF AMERICA, | Case No. 19CR2680-DMS |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| RICARDO CORTEZ-RENTERIA, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Ct 1 - 8:1326(a), (b) - Removed Alien Found in the United States (Felony)

Dated: 9/4/19

Hon. Barbara L. Major
United States Magistrate Judge